```
             IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

TERRELL MICKELS,                       :
                                       :
    Plaintiff,                         :
                                       :
vs.                                    :   CIVIL ACTION 15-00173-WS-M
                                       :
ADAM OVERSTREET, et al.,               :
                                       :
    Defendants.                        :

<u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 1st day of September, 2015.

                                            <u>s/WILLIAM H. STEELE</u>
                                            CHIEF UNITED STATES DISTRICT JUDGE