IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TERRELL MICKELS,                    :
                                    :
     Plaintiff,                     :
                                    :
vs.                                 :   CIVIL ACTION 15-00173-WS-M
                                    :
ADAM OVERSTREET, et al.,            :
                                    :
     Defendants.                    :


<u>JUDGMENT</u>


       In accordance with the Order entered this date, it is
**ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby
DISMISSED without prejudice for failure to prosecute and to obey
the Court's Order.

       DONE this 1st day of September, 2015.



                         s/WILLIAM H. STEELE
                         CHIEF UNITED STATES DISTRICT JUDGE